UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | ) Case No.: 3:21-CV-01611-WHO |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| 3280 EDWARD AVENUE LLC, a California Limited Liability Company; and Does 1-10, | ) |
| Defendant. | ) |

**ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: April 28, 2021

_____
HONORABLE WILLIAM H. ORRICK
United States District Judge