CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200,
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

RICHARD MORIN (SBN: 285275)
legal@rickmorin.net
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Telephone: (916) 333-2222
Attorney for Defendant 3280 Edward Avenue LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SCOTT JOHNSON, | Case: 3:21-CV-01611-WHO |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| 3280 EDWARD AVENUE LLC, a California Limited Liability Company; and Does 1-10, | |
| Defendant. | |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs.

1  This stipulation is made as the matter has been resolved to the satisfaction of
2  all parties.

5  Dated: May 19, 2021          CENTER FOR DISABILITY ACCESS

                                By:  /s/Amanda Seabock
                                     Amanda Seabock
                                     Attorney for Plaintiff

11 Dated: May 19, 2021          LAW OFFICE OF RICK MORIN, PC

                                By:  /s/Richard Morin
                                     Richard Morin
                                     Attorney for Defendant
                                     3280 Edward Avenue LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for 3280 Edward Avenue LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: May 19, 2021          CENTER FOR DISABILITY ACCESS

                                By:   /s/Amanda Seabock
                                      Amanda Seabock
                                      Attorney for Plaintiff